EILEEN M. DECKER
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
   Social Security Administration
   160 Spear Street, Suite 800
   San Francisco, CA 94105
   Telephone: (415) 977-8939
   Facsimile: (415) 744-0134
   Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LUCILA PAREDES,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social<br>Security,<br><br>    Defendant. | Civil No. 2:14-cv-04973-CW<br><br>[PROPOSED]<br>**JUDGMENT OF REMAND** |

    The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

    October 26, 2015

DATED: _____

                                *Carla M. Woehrle*
                             HONORABLE CARLA WOEHRLE
                             UNITED STATES MAGISTRATE JUDGE